**From:** Kevin Karpinski <kevin@bkcklaw.com>
**Date:** Thursday, June 26, 2025 at 6:50 AM
**To:** Don Quinn <donquinn@quinnpatton.com>
**Cc:** Kat Patton <katpatton@quinnpatton.com>
**Subject:** RE: Deposition of Board President

Don- Dr. Santelises is available from 11 to 3 on July 16. If you insist on taking it in-person in your office, I suggest we start at 12. She will need to conclude by 2:30. Given her limited scope of knowledge, we should have ample time. If you are willing to do the deposition in her office or virtually, that would be much appreciated. Take care, Kevin

Kevin Karpinski
**Karpinski, Cornbrooks & Karp, P.A.**
formerly Karpinski, Colaresi & Karp, P.A.
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
Fax 410-727-0861
Cell 301-502-5834
This electronic message transmission contains information that may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

**From:** Don Quinn <donquinn@quinnpatton.com>
**Sent:** Monday, June 23, 2025 4:35 PM
**To:** Kevin Karpinski <kevin@bkcklaw.com>
**Cc:** Kat Patton <katpatton@quinnpatton.com>
**Subject:** Re: Deposition of Board President

Error! Filename not specified.

Kevin,

Thank you for your response regarding the deposition of the Board Chair - and I hope you had a restful weekend as well. We acknowledge your position concerning the Apex doctrine and appreciate the case law you cited.

In lieu of seeking testimony from individual Board members at this time, please consider this formal notice of our intent to take a deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of the Baltimore City Board of School Commissioners. We respectfully request that the Board designate one or more individuals most knowledgeable to testify on its behalf as to the following subject matters:

1. The Board's decision-making process in affirming the reassignment of ███████████████ from her position as Director – Education Pipeline and Induction, as initiated by the Chief Executive Officer and Chief Human Capital Officer;
2. All information, documents, and materials presented to or considered by the Board in connection with its decision to uphold the reassignment of ███████████;

3. The Board's policies, procedures, and practices concerning the reassignment or transfer of employees in director-level roles, including any standards governing such decisions;

4. Any discussions, deliberations, or considerations by the Board regarding ██████████ disability, request(s) for reasonable accommodation, or engagement in protected activity, to the extent such issues were presented or considered in connection with the reassignment; and

5. The Board's knowledge and understanding of the factual circumstances surrounding ██████████ reassignment at the time it voted to affirm or ratify the CEO's decision.

Please provide proposed dates within the next 30 days for the Rule 30(b)(6) deposition. We are willing to accommodate scheduling preferences to the extent feasible.

Separately, we confirm that Wednesday, July 16, 2025, is agreeable for the deposition of Dr. Sonja Santelises. As previously noticed, her deposition will proceed at 10:00 AM Eastern, at the following location:

Quinn Patton, LC
838 Ritchie Highway, Suite 4
Severna Park, MD 21146

Please let us know if you intend to raise any objections to the scope of either deposition so we may meet and confer accordingly.

Best,


Don
--
**Don Quinn, Esq. |** Partner
*DC | MD | 4th Circuit | Supreme Court*
**Quinn Patton, LC**
838 Ritchie Highway | Suite 4
Severna Park | MD 21148
1629 K Street N.W. | Suite 300
Washington | D.C. 20006
D.C | 202.508.3644
MD | 443.247.5444
Fax | 202.478.1632
Direct line 443.247.5437

donquinn@quinnpatton.com
donquinn@thequinnlawgroup.com
www.quinnpatton.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, privileged information, and work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone, or fax, and permanently delete the original and any of any email and printout thereof. Thank you.