**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JANE DOE | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:23-cv-2899 |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS AND BALTIMORE CITY PUBLIC SCHOOLS | * * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*       \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Cross-Motion for Summary Judgment and Defendant's Motion for Summary Judgment, along with all supporting memoranda, exhibits, and the entire record in this case, it is hereby **ORDERED** that:

1. Plaintiff's Cross-Motion for Summary Judgment is **GRANTED** as to all counts; and

2. Defendant's Motion for Summary Judgment is **DENIED** in its entirety.

IT IS SO ORDERED.

_____        _____

Date                                                             The Honorable Stephanie A. Gallagher

United States District Judge