**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff | * | |
| v. | * | Civil Action Number: |
| BALTIMORE CITY BOARD OF SCHOOL COMMISIONERS | * | SAG-23-2899 |
| | * | |
| Defendant | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**CONSENT MOTION TO SEAL DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT & REPLY TO
RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT &
ATTACHED EXHIBITS**

Defendant BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS by KARPINSKI, CORNBROOKS & KARP, P.A., KEVIN KARPINSKI and JOHN KARPINSKI, its attorneys, respectfully files this Consent Motion to Seal Defendant's Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment & Reply to Response in Opposition to Motion for Summary Judgment & Attached Exhibits, stating as follows:

1.     Plaintiff, Jane Doe, filed this action against the Baltimore City Board of School Commissioners on October 25, 2023. ECF No. 1. Her claims revolve around reasonable accommodations that were granted pursuant to the Americans with Disabilities Act.

2.     On February 27, 2025, this Court granted Plaintiff's Motion to Proceed Under a Pseudonym. ECF No. 36. The Court subsequently issued an order directing, among other things, that "portions of any future filings containing Plaintiff's medical information or actual identity

shall be filed under seal and a redacted version shall be filed on the public record." ECF No. 48, at 1.

3.      Defendant filed a Motion for Summary Judgment on October 28, 2025. It also filed a Motion to Seal many of the exhibits attached to the motion.

4.      Plaintiff filed a Cross-Motion for Summary Judgment & Response in Opposition to Defendant's Motion for Summary Judgment on November 18, 2025. She subsequently filed a Motion to Seal on December 1, 2025.

5.      Local Rule 105.11 governs the sealing of documents and states that "[a]ny motion seeking the sealing of pleadings, motions, exhibits or other documents to be filed in the Court record shall include (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation of why alternatives to sealing would not provide sufficient protection." Local Rule 105.11 (D.Md. 2018).

6.      Personnel records are treated as confidential in the State of Maryland. *See Montgomery Cnty v. Shropshire*, 420 Md. 362, 383 (2011); *Fether v. Frederick Cnty.*, No. CCB-12-1674, 2014 WL 1123386, at *2 (D.Md. March 19, 2014), The General Assembly and the Supreme Court of Maryland "have made clear that even disclosure of personnel records is strongly disfavored." *Fether*, 2014 WL 1123386, at *2.

7.      Here, Defendant's Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment & Reply to Plaintiff's Response in Opposition to its Motion for Summary Judgment contains personnel information (including disciplinary actions and union affiliation). As such, it must be sealed.

8.      Given that Plaintiff is proceeding under a pseudonym, exhibits 73, 74, 75, 76, and 77 must also be sealed, as they reveal Plaintiff's actual identity and contain personnel information.

4901-6512-0640, v. 2

Redaction of these exhibits is not possible, as the information to be redacted is integral the legal issues in this matter. *See Dollar v. Anne Arundel Cnty.*, Case No. BAH-24-1642, 2025 WL 1347064, at \*6 (D.Md. May 7, 2025) ("[B]ecause such information is integral to his claims, redaction would render the documents unreadable.").

9.      Plaintiff consents to the relief requested herein.


KARPINSKI, CORNBROOKS & KARP, P.A.

BY:      /s/ Kevin Karpinski
KEVIN KARPINSKI, #11849
AIS #9312150114
/s/ John Karpinski
JOHN KARPINSKI, #30706
AIS #2112140073
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
Kevin@bkcklaw.com
Jkarpinski@bkcklaw.com
*Counsel for Defendant*

3

4901-6512-0640, v. 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2025, a copy of the foregoing was electronically filed with notice to:

Donald Quinn, Esquire
Katherine Patton, Esquire
The Quinn/Patton Law Group
846 Ritchie Highway, Suite 2A
Severna Park, Maryland 21146
*Attorneys for Plaintiff*

                                                    /s/ John Karpinski

                                                Counsel for Defendant