**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**Fax (410) 962-1812**
**MDD_SAGchambers@mdd.uscourts.gov**

March 12, 2026

LETTER ORDER

       Re: Doe v. Baltimore City Board of School Commissioners
           Civil Case No. SAG-23-2899

Dear Counsel:

       In its Response in Opposition to Plaintiff's cross-motion for summary judgment, ECF 71, Defendant has highlighted multiple instances of inaccurate citations or quotations in Plaintiff's memorandum in support of her cross-motion, ECF 65-1. Defendant has compiled a chart (ECF 71-7) of errors it identified within Sections III ("Standard of Review") and IV ("Applicable Law") of Plaintiff's Cross-Motion; having undertaken its own review, this Court notes that inaccuracies appear to continue in Plaintiff's "Analysis" (Section V) as well. In her Reply, ECF 73, Plaintiff does not address the rampant citation issues identified by Defendants.

       In light of the above, this Court ORDERS Plaintiff's counsel to show cause, on or before March 26, 2026, as to why Plaintiff's filing, ECF 65-1, contained so many erroneous or nonexistent citations and quotations. The response should elaborate on the methods employed in compiling these citations and quotations. Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                    Sincerely yours,

                    /s/

                    Stephanie A. Gallagher
                    United States District Judge