

**May 12, 2026**

The Honorable Stephanie A. Gallagher
United States District Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re:   Outcome of May 12, 2026 Scheduling Conference; Doe v. Baltimore City Board of School Commissioners, *Civil Action No. SAG-23-02899***

Dear Judge Gallagher:

Pursuant to the Court's direction at today's scheduling conference, Plaintiff respectfully submits this letter to memorialize the outcomes reached. Following discussion with counsel for both parties, the Court agreed to the following:

(1) the deadline for Plaintiff to file a Motion for Reconsideration of the Court's April 29, 2026 Memorandum Opinion and Order (ECF 82) is stayed pending the conclusion of the parties' settlement conference before Magistrate Judge Austin;
(2) the setting of trial dates is deferred until after the settlement conference is concluded; and
(3) Defendant does not object to the stay of the Motion for Reconsideration deadline.

The parties have already received proposed dates from Magistrate Judge Austin's chambers and are working to confirm scheduling. In the event that the settlement conference is not docketed into the matter by the Magistrate Judge's Chambers, the Parties will promptly notify the Court of the confirmed date.

Respectfully submitted,

/s/ Katherine Patton
Katherine Patton
Fed. Bar No. 30693
Quinn Patton, LC
katpatton@quinnpatton.com
*Attorney for Plaintiff*

**QUINN PATTON**

*An Employment Law Firm*

838 Ritchie Highway, Suite 4, Severna Park Maryland 21146
1629 K Street N.W., Suite 300, Washington D.C. 20006
443.247.5444 | 202.508.3644